UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re  
Debtor(s):  
ShaRee Meyers

Case No.: 19−40630 − A659  
CHAPTER: 13

## ORDER GRANTING MOTION FOR RELIEF FROM STAY FOR LOAN MODIFICATION NEGOTIATIONS

   The matter before the Court is the Motion for Relief from Stay filed by Debtor on October 24, 2019 (Docket # 54) (the "Motion"). The Motion seeks relief from the automatic stay of 11 U.S.C. § 362(a) (the "Automatic Stay") for the purpose of allowing the parties to conduct loan modification negotiations as set forth therein. The Court concludes that it has jurisdiction of the Motion pursuant to 28 U.S.C. § § 157(a) and 1334(a) and Local Rule 9.01(B)(1) of the United States District Court for the Eastern District of Missouri. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G). Notice of the Motion was proper pursuant to the Local and Federal Rules of Bankruptcy Procedure. The Court concludes that, to the extent the Automatic Stay may apply to stay loan modification negotiations, cause exists pursuant to 11 U.S.C. § 362(d) to grant the Motion. It is therefore

   ORDERED that the Motion is GRANTED and the Automatic Stay, to the extent it may apply, is lifted solely for the purpose of allowing the Debtor(s) and Mr. Cooper to conduct loan modification negotiations as set forth in the Motion. It is further

   ORDERED that, should the Debtor(s) and Mr. Cooper reach agreement on such a loan modification, the Debtor(s) shall not enter into the loan modification prior to seeking and receiving authority from the Court. Such relief shall be requested on no less than 14 days notice to the Chapter 13 Trustee. It is further

   ORDERED that the filing fee is waived. It is further

   ORDERED that the 14−day stay provided by Fed. R. Bankr. P. 4001(a)(3) shall not apply to this Order.

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

Dated: 10/29/19

Rev. 12/09